**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                                                           In Replying Give Number
Clerk                                                                                    Of Case and Names of Parties

July 25, 2023

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **NOVEMBER 13, 2023, IN MONTGOMERY, ALABAMA. COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT. IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.** *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court. See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor
-------------------------------------------------------------------------------------------------------------------------
*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #3.*

| Case No. | Case Name |
|---|---|
| 21-12468 | Aldaress Carter v. The City of Montgomery, et al. (Consolidated with 21-12469, Angela McCullough, et al. v. The City of Montgomery, et al.) (REVISED ARGUMENT DATE) |
| 22-10292 | Edward Braggs, et al. v. Commissioner, Alabama Dept. of Corrections, et al. (REVISED ARGUMENT DATE) |
| 22-12669 | Aquate II, LLC v. Jessica Myers, et al. |
| 22-13708 | Greater Birmingham Ministries v. Secretary of State for the State of Alabama |
| 22-12045 | Jennifer Akridge v. Alfa Mutual Insurance Company |
| 22-12577 | Julia McCreight, et al. v. Auburn Bank, et al. |
| 22-11401 | Angela Poer v. Jefferson County Commission |
| 22-12991 | Advance Trust & Life Escrow Services, LTA v. Protective Life Insurance Company |
| 22-12461 | J.C. Penney Corporation, Inc. v. Oxford Mall, LLC |
| 22-13547 | Travelers Property Casualty Company of America v. Talcon Group LLC |
| 22-12028 | Stacey Bridges v. J.C. Poe, Jr., et al. |
| 22-11996 | Doug Killough, et al. v. All Points Logistics, LLC |
| 22-12064 | William Lemons, Jr. v. Principal Life Insurance Company |
| 22-13776 | Alabama Aircraft Industries Inc., et al. v. Boeing Company, et al. |