UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 14, 2023

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 22-13708-W
Case Style: Greater Birmingham Ministries v. Secretary of State for the State of Alabama
District Court Docket No: 2:22-cv-00205-MHT-SMD

Acknowledgement Required

**Counsel must acknowledge receipt of the attached calendar by docketing the *"Calendar Receipt Acknowledged"* event in ECF.**

Oral Argument Calendar and Location
The Court has determined that the cases listed on the attached calendar are to be orally argued during the week of 11/13/2023 in Montgomery, Alabama. Counsel for each party must present oral argument unless excused by the Court for good cause shown. *As of the date of this letter, any change in or addition to counsel in this appeal requires leave of the Court. See 11th Cir. R. 34-4(e)*

Panel Assignment
The names of the panel members for this oral argument session may be obtained by calling the Courtroom Deputy shown below, no earlier than 10/31/2023.

Courtroom Deputy: Valerie L Geddis

Phone #: 404-335-6143

Electronic Devices
Personal electronic devices, such as cellular telephones, "smart phones," laptop computers, and tablet computers are not allowed beyond the courthouse's security checkpoint unless prior approval has been obtained from a judge of the Court.

Amicus Curiae
An amicus curiae may participate in oral argument only with the Court's permission. See FRAP 29(a)(8).

Questions

If you have questions or concerns, please contact the Calendaring/Court Sessions Section in Atlanta, Georgia at (404) 335-6141.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CAL-1 Oral Argument Calendar Issued